# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Mark Falk |
| v. | CASE NO. 21-16167 |
| SHAWN PRICE *Defendant* | DATE OF PROCEEDINGS: June 8, 2021 |
| | DATE OF ARREST: 6/8/21 |

**PROCEEDINGS:** Initial Appearance - Rule 5

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [✓] PRELIMINARY HEARING WAIVED ON THE RECORD
- [✓] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [✓] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [✓] OTHER: Notice of Appearance - Deft. Counsel
- (X) OTHER: Brady Order on the Record

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [✓] OTHER: Initial Appearance in District of Columbia

DATE:
DATE:
DATE:
DATE:
DATE: July 16, 2021 at 1:00 pm

**APPEARANCES:**

AUSA: Catherine Murphy

DEFT. COUNSEL: Harley Breite

PROBATION:

INTERPRETER:
Language:

TIME COMMENCED: 2:00 pm
TIME TERMINATED: 2:30 pm
CD NO: ECR

Lorraine McNerney
DEPUTY CLERK